# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.                        **Case No. 06-C-0308**

**CERTAIN REAL PROPERTY
commonly known as
17909 BAHAMA ISLE DRIVE,
TAMPA, FLORIDA,**

    **Defendant.**

## ORDER TO LIFT THE STAY OF CIVIL FORFEITURE PROCEEDINGS AND JUDGMENT OF FORFEITURE

THIS CAUSE having come before the Court upon plaintiff's Motion for entry of an Order to lift the stay of these civil forfeiture proceedings, and entry of a Judgment of Forfeiture as to the defendant property, it is hereby

**ORDERED, ADJUDGED, AND DECREED:**

1. The Order of September 14, 2006, staying these proceedings is lifted and vacated.

2. The defendant real property is hereby condemned and forfeited to the United States of America for disposition according to law and pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (C), and 31 U.S.C. § 5317(c)(2).

3. The United States Marshal shall sell the defendant real property.

4. The United States Marshal shall deposit the proceeds realized from the sale of the defendant real property into the United States Department of Justice's Asset Forfeiture Fund for disposition according to law.

5. This Court shall retain jurisdiction of this cause for the purpose of enforcing the Judgment of Forfeiture.

Dated at Milwaukee, Wisconsin, this 27th day of March, 2007.

                                          s/ Rudolph T. Randa
                                          HON. RUDOLPH T. RANDA
                                          Chief United States District Judge

Judgment entered this 27th day of March, 2007.

    JON W. SANFILIPPO
    Clerk of Court

By:
    s/ Linda M. Zik
    Deputy Clerk